# UNITED STATES DISTRICT COURT

## Western District of Missouri

JUDGMENT IN A CIVIL CASE

Aron George-Sexton

    v.

Garry Lewis

                                            Case Number: 06-6120-CV-C-NKL

\_\_     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED THAT:**

By the Court's order of March 28, 2007, defendant's motion to dismiss Garry Lewis Properties as a separately named defendant is Granted.

By the Court's order of March 25, 2009, The defendant's motion for summary judgment is granted in part and denied in part, consistent with this opinion.

By the Jury Verdict of September 15, 2010, on the claim of Aron George, as submitted in Instruction 12, the jury finds in favor of defendant Garry Lewis. On the claim of plaintiff Aron George, as submitted in Instruction 13, the jury finds in favor of defendant Garry Lewis.


ENTERED ON:

                                              Ann Thompson
                                              Clerk

Date    September 15, 2010

                                              C. James, Deputy Clerk